Opinion filed March 11,
2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                           No. 11-09-00192-CV

                                                     __________

 

                             IN
THE INTEREST OF H.A.D., A CHILD



 

                              On
Appeal from the County Court at Law No. 2

 

                                                           Midland
County, Texas

 

                                                 Trial
Court Cause No. AD-32,645 

 



 

                                            M
E M O R A N D U M   O P I N I O N 

 

            Appellants have
filed in this court a motion to dismiss the appeal.  The motion is granted, and
the appeal is dismissed.

                                                                              

                                                                                    PER
CURIAM

 

March 11, 2010

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.